UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM DOUGLAS JOHNSON III,<br><br>                    Plaintiff,<br><br>         -against-<br><br>REGIONAL SUPPLEMENTAL SERVICES INC., et al.,<br><br>                    Defendants. | 1:24-CV-5978 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff William Douglas Johnson III, who is appearing *pro se*, brings this action under the court's diversity jurisdiction. For the following reason, the Court dismisses this action without prejudice.

Plaintiff has previously submitted to this court a virtually identical complaint against the same defendants. The civil action that was commenced by the filing of that complaint is presently pending before the Court. *See Johnson v. Reg'l Supplemental Servs. Inc.*, No. 1:24-CV-5534 (LTS) (S.D.N.Y.). As this action raises the same claims as in *Johnson*, No. 1:24-CV-5534 (LTS), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this duplicative action without prejudice to Plaintiff's pending action, *Johnson*, No. 1:24-CV-5534 (LTS).

## CONCLUSION

The Court dismisses this action without prejudice as duplicative of *Johnson v. Reg'l Supplemental Servs. Inc.*, No. 1:24-CV-5534 (LTS) (S.D.N.Y.).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action without prejudice for the reason set forth in this order.

SO ORDERED.

Dated: August 14, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge