UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM DOUGLAS JOHNSON III,

               Plaintiff,

-against-

REGIONAL SUPPLEMENTAL SERVICES INC., et al.,

               Defendants.

24cv5978 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 14, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge